**RHIEL & ASSOCIATES CO., LPA**
A Legal Professional Association
394 East Town Street
Columbus, OH 43215

Invoice submitted to:

Suzanne K. Sabol

May 05, 2016

Invoice #18150

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2015 | SLR | Revise counteroffer; several emails with Mr. Hamilton regarding contract; revise fee application and motion to sell to prepare for filing and service | 1.50<br>325.00/hr | 487.50 |
|  | KR | Attention to Sale Motion and First Interim Fee Application | 1.30<br>225.00/hr | 292.50 |
| 10/5/2015 | SLR | Attention to title policy needed for upcoming sale; advise Mr. Simon regarding various tax and judgment liens | 0.20<br>325.00/hr | 65.00 |
| 10/8/2015 | KR | Attention to email from Dan Simon regarding mortgage to Fifth Third Bank | 0.20<br>225.00/hr | 45.00 |
|  | SLR | Review title policy and consider mortgage in favor of Fifth Third; emails with Mr. Simon regarding same | 0.30<br>325.00/hr | 97.50 |
| 10/15/2015 | SLR | Attention to verifying service of motion to sell real estate; call with County Treasurer regarding upcoming tax sale and status of sale | 0.40<br>325.00/hr | 130.00 |
| 10/20/2015 | SLR | Draft two orders for Motion to Sell and interim fee application; calls with Mr. Holzer regarding timetable for closing and documents needed for same | 1.00<br>325.00/hr | 325.00 |
| 10/21/2015 | SLR | Attention to issues with Fifth Third mortgage on property being sold | 0.20<br>325.00/hr | 65.00 |
|  | KR | Contacted debtor regarding Fifth Third lien | 0.20<br>225.00/hr | 45.00 |
| 10/23/2015 | SLR | Verify no objections filed; review draft of HUD-1 and work on closing issues | 0.20<br>325.00/hr | 65.00 |
| 10/26/2015 | KR | Drafted Order appointing auctioneer; attention to order granting interim fees and order granting Motion to Sell; contacted Court regarding expedited hearing | 0.90<br>225.00/hr | 202.50 |
|  | SLR | Review draft of HUD-1 and prepare for closing; consider timetable; evaluate options with respect to scheduled tax certificate sale | 0.60<br>325.00/hr | 195.00 |
| 10/29/2015 | KR | Attention to voicemail from Judge Preston's law clerk regarding supplemental document to be filed regarding the Motion to Sell; drafted Supplemental document regarding Trustee's commissions; revised Order granting Motion to Sell | 1.00<br>225.00/hr | 225.00 |
|  | SLR | Attention to supplement needed for sale motion; confer with title agent regarding items for closing | 0.40<br>325.00/hr | 130.00 |

Suzanne K. Sabol                                                                                       Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/2/2015 | KR | Drafted fiduciary deed; telephone call with Debtor regarding old Fifth Third mortgage and telephone conference with Dan Simon regarding closing and old Fifth Third Mortgage; forwarded requested information on Debtor's schedules to Dan Simon for closing | 1.30 225.00/hr | 292.50 |
|  | SLR | Attention to issues to prepare for upcoming closing; calls and emails with title agent and Mr. Holzer regarding old mortgage lien; review draft of Fiduciary Deed | 0.60 325.00/hr | 195.00 |
| 11/3/2015 | KR | Attention to bill for condo association fees for 820 high street received from Debtor and provided same to title company; attention to email from title company regarding condo fee bill and cancellation of condo association; telephone conference with Debtor regarding same; contacted Court regarding status of Order to sell at private sale | 0.50 225.00/hr | 112.50 |
|  | SLR | Attention to last minute closing issues; consider handling condo association lien | 0.20 325.00/hr | 65.00 |
| 11/4/2015 | KR | Attention to voicemail from Judge Preston's law clerk regarding revisions to Order on Motion to Sell; telephone conference with clerk regarding further changes; revised Order per Judge's order; attention to HUD 1 closing statement; revised deed per title company changes | 1.20 225.00/hr | 270.00 |
|  | SLR | Attention to issues with closing on sale of real estate; further revisions to Court Order; review and comment on closing statement; call with Treasurer's office regarding impending tax certificate sale | 1.50 325.00/hr | 487.50 |
| 11/5/2015 | SLR | Review and sign documents for real estate closing; compile and review documentation for evaluation of estate tax liability upon sale of real estate; send to Mr. Topy; attention to Order regarding trustee fee payable; review calculation and email UST regarding hearing | 1.50 325.00/hr | 487.50 |
| 11/6/2015 | SLR | Call with Mr. Simon regarding closing issues and satisfaction of outstanding tax claim; review final HUD-1 for Report of Sale | 0.20 325.00/hr | 65.00 |
| 11/9/2015 | KR | Drafted report of Sale | 1.00 225.00/hr | 225.00 |
|  | SLR | Follow up from real estate closing; attention to information for Report of Sale | 0.60 325.00/hr | 195.00 |
|  | KR | Drafted letter to IRS regarding payment on tax lien from sale | 0.30 225.00/hr | 67.50 |
| 11/10/2015 | SLR | Revise draft of Report of Sale | 0.20 325.00/hr | 65.00 |
| 11/12/2015 | SLR | Call with Mr. Hackett regarding hearing on trustee fee calculation; | 0.20 325.00/hr | 65.00 |
| 11/17/2015 | SLR | Attention to follow up email from Dan Simon regarding final closing documents for sale of real estate | 0.20 325.00/hr | 65.00 |
| 12/3/2015 | SLR | Email Mr. Topy regarding tax issues upon sale of real estate | 0.20 325.00/hr | 65.00 |
| 12/10/2015 | SLR | Prepare for upcoming hearing | 0.20 325.00/hr | 65.00 |
| 12/14/2015 | SLR | Attend hearing regarding issues with calculation of trustee commission; follow up from hearing with additional research | 1.40 325.00/hr | 455.00 |
| 12/21/2015 | SLR | Evaluate amended claim filed by IRS | 0.20 325.00/hr | 65.00 |
| 12/28/2015 | SLR | Review UST support document filed | 0.20 325.00/hr | 65.00 |
| 1/11/2016 | SLR | Attention to status of remaining case issues and possible tax issues from sale of real estate | 0.40 325.00/hr | 130.00 |

Suzanne K. Sabol                                                                                                     Page     3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/18/2016 | SLR | Attention to information regarding sale of real estate needed by Mr. Topy | 0.20<br>325.00/hr | 65.00 |
| 1/27/2016 | KR | Attention to 2015 tax return | 0.40<br>225.00/hr | 90.00 |
|  | SLR | Draft letter to IRS regarding tax determination | 0.20<br>325.00/hr | 65.00 |
| 2/10/2016 | KR | Drafted Application to pay accountant | 1.00<br>225.00/hr | 225.00 |
| 3/3/2016 | SLR | Call with Ms. Sabol regarding case closing and payments made to taxing authorities | 0.20<br>325.00/hr | 65.00 |
| 3/4/2016 | SLR | Draft Order to pay accountant | 0.20<br>325.00/hr | 65.00 |
| 4/21/2016 | SLR | Update research regarding application of section 326 | 0.20<br>325.00/hr | 65.00 |
| 5/2/2016 | KR | Drafted supplemental order for Motion to Sell Free and Clear | 0.40<br>225.00/hr | 90.00 |
|  | SLR | Call with Phillip Stovall regarding order on trustee fee; revise draft of order; review claims of taxing authorities | 0.50<br>325.00/hr | 162.50 |
| 5/5/2016 | SLR | Draft final fee application | 1.00<br>325.00/hr | 325.00 |
|  |  | **For professional services rendered** | **24.80** | **$7,090.00** |

Additional Charges :

|  |  |  | Qty/Price |  |
|---|---|---|---|---|
| 10/1/2015 | CZ | Postage | 8<br>7.18 | 57.40 |
|  | CZ | Photocopy expense | 570<br>0.20 | 114.00 |
|  | CZ | Postage | 29<br>0.93 | 26.83 |
| 11/10/2015 | CZ | Photocopy expense | 6<br>0.20 | 1.20 |
|  | CZ | Postage | 1<br>0.93 | 0.93 |
|  | CZ | Photocopy expense | 210<br>0.20 | 42.00 |
|  | CZ | Postage | 42<br>0.49 | 20.37 |
| 11/13/2015 | CZ | Photocopy expense | 1<br>0.20 | 0.20 |
|  | CZ | Postage | 1<br>0.49 | 0.49 |
| 1/27/2016 | CZ | Photocopy expense | 2<br>0.20 | 0.40 |
|  | CZ | Postage | 2<br>7.18 | 14.35 |
| 2/10/2016 | CZ | Photocopy expense | 81<br>0.20 | 16.20 |

Suzanne K. Sabol                                                                                           Page     4

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 2/10/2016 CZ  Postage |  | 27<br>0.49 | 13.10 |
| **Total additional charges** |  |  | **$307.47** |
| **Total amount of this bill** |  |  | **$7,397.47** |
| **Previous balance** |  |  | **$17,838.01** |
| Accounts receivable transactions |  |  |  |
| 11/17/2015 Payment - Thank You |  |  | ($15,000.00) |
| 11/17/2015 Payment - Thank You |  |  | ($646.51) |
| 11/17/2015 Write off bad debt |  |  | ($2,191.50) |
| **Total payments and adjustments** |  |  | **($17,838.01)** |
| **Balance due** |  |  | **$7,397.47** |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Kristin Radwanick | 9.70 | 225.00 | $2,182.50 |
| Susan L. Rhiel | 15.10 | 325.00 | $4,907.50 |